IN THE UNITED STATES BANKRUPTY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-21053-JAD |
| JANICE KIDD | : | |
| | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Pursuant to Federal rules of Bankruptcy Procedure 2002(e), 9007 and 9010(b), please enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Labor and Industry, Unemployment Compensation Fund, a creditor and/or an interested party in the above captioned case.

Kindly add my office to the mailing matrix and send all notices to the address listed below.

/s/ *Nicholas Marsilio II*

Nicholas Marsilio II
Department of Labor & Industry
651 Boas Street, 10th Floor
Harrisburg, PA  17121
PA ID #316478
(717) 787-4186 Telephone
(717) 787-1303 Facsimile
nimarsilio@pa.gov

Dated: August 17, 2022

### DECLARATION IN LIEU OF AFFIDAVIT

I am the attorney for the Commonwealth of Pennsylvania, Department of Labor and Industry, Unemployment Compensation Fund, a creditor or party-in-interest in the above-captioned bankruptcy case, and I am authorized by the creditor to make the accompanying request for notices.

The new address should be used instead of any existing address, and added to the matrix. I have not reviewed the mailing matrix on file as I am the only attorney authorized to represent this creditor in the Western District. I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and that there are no other requests to receive notices on behalf of this creditor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 17, 2022

/s/*Nicholas Marsilio II*

Nicholas Marsilio
Department of Labor & Industry
651 Boas Street, 10th Floor
Harrisburg, PA  17121
PA ID #316478
(717) 787-4186 Telephone
(717) 787-1303 Facsimile
nimarsilio@pa.gov