**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/14/2024

IN RE:

JANICE KIDD
7130 FRANKSTOWN AVE, #614
PITTSBURGH,  PA  15208
XXX-XX-7178          Debtor(s)

Case No.22-21053 JAD

Chapter 13

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts∗ and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

∗Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/14/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:1   INT %:  0.00% | | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **MCCALLA RAYMER  ET AL** | Trustee Claim Number:2   INT %:  0.00% | | CRED DESC:  NOTICE ONLY |
| NATL BANKRUPTCY DEPT** | Court Claim Number: | | ACCOUNT NO.: |
| 1544 OLD ALABAMA RD** | | | |
| | CLAIM:  0.00 | | |
| ROSWELL, GA  30076-2102 | COMMENT:  US BANK/PRAE | | |

| | | | |
|---|---|---|---|
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI** | Trustee Claim Number:3   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| UI PAYMENT SERVICES  (INDV UC OP) | Court Claim Number:5 | | ACCOUNT NO.:  7178 |
| PO BOX 67503 | | | |
| | CLAIM:  1,282.46 | | |
| HARRISBURG, PA  17106-7503 | COMMENT:  UNSEC/STIP-CONF*$0@0%/PL~2b506/PL*14~JDGMNT~OVERPAYMENT/SCH*GU B/ | | |

| | | | |
|---|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:4   INT %:  10.00% | | CRED DESC:  SECURED CREDITOR |
| C/O GRB LAW | Court Claim Number:6 | | ACCOUNT NO.:  R156 |
| 525 WILLIAM PENN PLACE STE 3110 | | | |
| | CLAIM:  1,946.39 | | |
| PITTSBURGH, PA  15219 | COMMENT:  174R156*$=TTL/PL-CONF@10%/PL-CONF@SEC*JDGMT/SCH*GU BAR TIMELY*1867 | | |

| | | | |
|---|---|---|---|
| **US BANK TRUST NA - TRUSTEE ET AL** | Trustee Claim Number:5   INT %:  4.00% | | CRED DESC:  MORTGAGE PAID IN FULL |
| C/O FAY SERVICING LLC(*) | Court Claim Number:4 | | ACCOUNT NO.:  2602 |
| PO BOX 814609 | | | |
| | CLAIM:  17,053.61 | | |
| DALLAS, TX  75381-4609 | COMMENT:  $@4%/STIP OE-PL-CONF*PMT/CONF*W/15 | | |

| | | | |
|---|---|---|---|
| **HIGHLAND PARK CARE CENTER** | Trustee Claim Number:6   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 745 NORTH HIGHLAND AVE | Court Claim Number: | | ACCOUNT NO.:  8432 |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15206 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **HOMEWOOD HOUSE** | Trustee Claim Number:7   INT %:  0.00% | | CRED DESC:  NOTICE ONLY |
| 7130 FRANKSTOWN AVE | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15208 | COMMENT:  /SCH G | | |

| | | | |
|---|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:8   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:1 | | ACCOUNT NO.:  0490 |
| PO BOX 10587 | | | |
| | CLAIM:  0.00 | | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CAP 1*STALE CL @ 1057.47 W/D*DOC 30 | | |

| | | | |
|---|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:9   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:2 | | ACCOUNT NO.:  9672 |
| PO BOX 10587 | | | |
| | CLAIM:  0.00 | | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CAPITAL ONE*STALE*CL2: $692.64 W/DRWN*DOC 64 | | |

| | | | |
|---|---|---|---|
| **HOMEWOOD HOUSE** | Trustee Claim Number:10  INT %:  0.00% | | CRED DESC:  PRIORITY CREDITOR |
| 7130 FRANKSTOWN AVE | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15208 | COMMENT:  OUTSIDE/PL*NT/SCH*LEASE/PL | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **KML LAW GROUP PC\*** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  /PRAE | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(\*)** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:3 | ACCOUNT NO.:  1962 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  92.73 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(\*)** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O GRB LAW | Court Claim Number:6 | ACCOUNT NO.:  R156 |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  174R156*1946.36 TTL/PL-CL PD@10%/PL@CID 4/CONF*JDGMT/SCH*GU BAR TIMEL | |

| | | |
|---|---|---|
| **STERN & EISENBERG LP** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1581 MAIN ST STE 200 | Court Claim Number: | ACCOUNT NO.: |
| THE SHOPPES AT VALLEY SQUARE | | |
| | CLAIM:  0.00 | |
| WARRINGTON, PA  18976 | COMMENT:  US BANK TRUST NA/PRAE | |

| | | |
|---|---|---|
| **US BANK TRUST NA - TRUSTEE ET AL** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O FAY SERVICING LLC(\*) | Court Claim Number:4 | ACCOUNT NO.:  2602 |
| PO BOX 814609 | | |
| | CLAIM:  20,956.63 | |
| DALLAS, TX  75381-4609 | COMMENT:  REM BAL/STIP OE*W/5 | |

| | | |
|---|---|---|
| **US BANK TRUST NA - TRUSTEE ET AL** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  POST PETITION FEE NOTICE |
| C/O FAY SERVICING LLC(\*) | Court Claim Number:4 | ACCOUNT NO.:  2602 |
| PO BOX 814609 | | |
| | CLAIM:  2,803.20 | |
| DALLAS, TX  75381-4609 | COMMENT:  NT PROV/PL*INS ADV (NON ESCROW) 7/24 | |

| | | |
|---|---|---|
| **OFFICE OF UC BENEFITS POLICY\*\*** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| DEPARTMENT OF LABOR AND INDUSTRY - UC D | Court Claim Number: | ACCOUNT NO.: |
| LABOR & INDUSTRY BLDG 10TH FL | | |
| 651 BOAS ST | CLAIM:  0.00 | |
| HARRISBURG, PA  17121 | COMMENT:  PA L_&_ I/PRAE | |