IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JANICE KIDD, | ) | No. 22-21053-JAD |
| | ) | Chapter 13 |
| Debtor. | ) | Related Documents 70, 72 |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| Chapter 13 Trustee, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| US BANK TRUST, NA., in its sole | ) | |
| capacity as Owner Trustee for VRMTG | ) | |
| Asset Trust, | ) | |
| | ) | |
| Respondent. | ) | |

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO PRECLUDE NOTICES
OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES**

NOW COMES the Debtor, Janice Kidd, by her attorneys, Eileen D. Yacknin and Neighborhood Legal Services, and responds to the Trustee's Motion as follows:

1. The Debtor joins the Trustee in its Motion.

2. By way of further response, the Debtor reminds the parties and this Court that on March 19, 2023, after hearing during which the Respondent challenged the Debtor's claimed valuation of the subject property, this Court entered an Order holding that, "The value of the subject real estate...shall be and is therefore determined to be $19,000.00."

3. The Respondent did not appeal the Court's March 19, 2023 determination.

4. The Debtor has not made any repairs, much less improvements, to the subject property, since the entry of the Court's March 19, 2023 Order.

5. Upon information and belief, the condition of the subject real estate has deteriorated considerably since March 19, 2023.

6. To the contrary, upon information and belief, the subject property has not appreciated in value since March 19, 2023.

7. There exists no reasonable expectation that the value of the subject property will appreciate during the course of the Debtor's Chapter 13 bankruptcy.

WHEREFORE, this Court should grant the Trustee's Motion.

Respectfully Submitted:

/s/ Eileen D. Yacknin
Eileen D. Yacknin
Attorney for Debtor
PA ID 26525
Neighborhood Legal Services Association
928 Penn Avenue
Pittsburgh, PA 15222-3799
(412) 586-6155
yacknine@nlsa.us

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JANICE KIDD, | ) | No. 22-21053-JAD |
| | ) | Chapter 13 |
| Debtor. | ) | Related Documents 70, 72 |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| Chapter 13 Trustee, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| US BANK TRUST, NA., in its sole | ) | |
| capacity as Owner Trustee for VRMTG | ) | |
| Asset Trust, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 27, 2025, I served the foregoing Debtor's Response To Trustee's Motion by causing a copy of the Response to be delivered by ECF electronic notification and by email to the following persons:

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Attorney Daniel P. Jones
Counsel for Respondent US Bank Trust, NA
Stern & Eisenberg PC
1581 Main Street, Suite 200
Warrington, PA 18976
djones@sterneisenberg.com

/s/ Eileen D. Yacknin
Eileen D. Yacknin
Counsel for Debtor
Pa.ID 26525
Neighborhood Legal Services
928 Penn Avenue
Pittsburgh, PA 15222
412-586-6155
yacknine@nlsa.us