FILED
10/14/25 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Janice Kidd<br>　　　　Debtor(s) | : : : : | Case No. 22-21053-JAD<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee<br>　　　　Movant(s) | : : : | Related to Doc. #70 |
| vs. | : : | |
| U.S. Bank Trust National Association, not in its individual Capacity, but solely as Owner Trustee for VRMTG Asset Trust<br>　　　　Respondent(s) | : : : : : : | |

**ORDER**

AND NOW, this __14th__ day of __October__, 2025, upon consideration of Trustee's Motion to Preclude Notices of Post-Petition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that all charges requested in the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on August 14, 2024, are DISALLOWED. It is further

ORDERED that all charges requested in the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on March 12, 2025, are DISALLOWED. It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove these charges no later than 30 days from the date of this Order. It is further

ORDERED that the Respondent is to provide to the Court an affidavit from an employee authorized to do so that the charges will not be reassessed to Debtor's account. It is further

ORDERED that no additional charges will be assessed for compliance with this Order.

BY THE COURT,

_/s/ Jeffery A. Deller_   sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21053-JAD |
| Janice Kidd | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janice Kidd, 7130 Frankstown Ave, #614, Pittsburgh, PA 15208-1448 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025               Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Defendant US BANK TRUST NA, not in its Individual Capacity but solely as Owner Trustee for VRMTG Asset Trust, by its Servicer, FAY SERVICING LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor US Bank Trust National Association djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor US Bank Trust National Association dcarlon@kmllawgroup.com |
| Eileen D. Yacknin | on behalf of Debtor Janice Kidd yacknine@nlsa.us |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Eileen D. Yacknin
 on behalf of Plaintiff Janice Kidd yacknine@nlsa.us

Jeffrey R. Hunt
 on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
 on behalf of Defendant Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
 btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Nicholas Marsilio, II
 on behalf of Creditor Department of Labor and Industry  Office of UC Benefits Policy nimarsilio@pa.gov

Nicholas Marsilio, II
 on behalf of Defendant Pennsylvania Office of Unemployment Compensation Benefits Policy  Department of Labor and Industry
 nimarsilio@pa.gov

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg
 on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
 VRMTG Asset Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 14