IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Janice Kidd<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>22-21053-JAD |
| FCI Lender Services, Inc. as servicer for<br>Wilmington Savings Fund Society, FSB, as<br>Owner Trustee of the Residential Credit<br>Opportunities Trust IX-B<br>　　　Movant.<br>v.<br><br>Janice Kidd<br>　　　Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                                            Respectfully submitted,

Dated:  December 22, 2025                    BY: /s/ Heather Riloff
                                                                            Heather Riloff, 309906
                                                                            Leslie J. Rase, 58365
                                                                            LOGS Legal Group LLP
                                                                            985 Old Eagle School Road, Suite 514
                                                                            Wayne, PA 19087
                                                                            (610) 278-6800
                                                                            logsecf@logs.com

LLG File #: 25-073068

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Janice Kidd<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>22-21053-JAD |
| FCI Lender Services, Inc. as servicer for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B<br>　　　Movant.<br>v.<br><br>Janice Kidd<br>　　　Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

　　　I, Heather Riloff, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 22nd day of December, 2025:

Janice Kidd
7130 Frankstown Ave, #614
Pittsburgh, PA 15208

Eileen D. Yacknin, Esquire, Neighborhood Legal Services Association
928 Penn Avenue
Pittsburgh, PA 15222
yacknine@nlsa.us - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

  /s/ Heather Riloff
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com