IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Janice Kidd ) Chapter 13
) Case No. 22-21053 JAD
Debtor )

ATTORNEY'S NOTICE OF APPEARANCE FOR DEBTOR

TO THE CLERK OF COURTS:

Kindly enter my Appearance on behalf of the Debtor in the above-captioned case. Also, please notify all proper parties within the Clerk's office of this appearance entry to ensure that all hearing notices are received.

RESPECTFULLY SUBMITTED:

Date: 1/23/26

/s/Catherine T. Martin

Attorney I.D. No. 29049

NEIGHBORHOOD LEGAL SERVICES

Firm No. 213
928 Penn Avenue
Pittsburgh, PA 15222

(412) 586-6118
Email: martinc@nlsa.us