IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA JOHNSTOWN DIVISION

| | |
|---|---|
| IN RE:<br>Janice Kidd<br>Debtor<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>Movant<br><br>v.<br><br>U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for VRMTG Asset Trust Respondent | Case No. 22-21053-JAD<br><br>Chapter 13<br><br>Related Doc.: 53 and 58 |

### AFFIDAVIT

I, **Tori Danner**, declare as follows:

1. I an authorized signer of Carrington Mortgage Services, as mortgage loan servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for VRMTG Asset Trust ("*Respondent*"), and I am familiar with Respondent's business records relating to the mortgage loan account secured by real property 7624 Hamilton Avenue, Pittsburgh, PA 15208 (the "*Mortgage*").

2. I submit this Affidavit in response to in accordance with the Orders of Court Dated October 14, 2025 and January 20, 2026, respectively.

3. Respondent has cut a check in the amount $ 5673.93 to the new servicer to apply toward the insurance advances as remediation. This is for the insurance advances incurred on July 23, 2024, in the amount of $2,803.20 and March 12, 2025, in the amount of $2,870.73 deemed non-recoverable to the Debtor.

4. Respondent is no longer servicing the loan so Respondent cannot provide a payment history showing a credit towards these advances.

5. Further, I affirm that the above-referenced fees will not be reassessed to the Mortgage, nor will any additional charges be assessed to the Mortgage for compliance with this Honorable Court's October 14, 2025 Order.

1/23/2026
Date

Printed Name: Tori Danner

Title: Authorized Signer

NOTARY BLOCK:

State of Texas
County of Collin

Sworn to and subscribed before me
this 23 Day of January 2026

Notary Public

On this date, before me, Elsa C Arroyo, personally appeared Tori Danner, authorized singer of Carrington Mortgage Servicers personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the writing instrument and acknowledged to me that he/she/they executed the same in ins/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which is the person(s) acted, executed the instrument.

Witness my hand and official seal

_____ (Seal)



ELSA CHAVEZ ARROYO
Notary ID #130578917
My Commission Expires
March 11, 2028