**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JANICE KIDD

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
     vs.
No Respondents.

Case No.:22-21053 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 28, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 06/02/2022  and confirmed on 7/20/22 .  The case was subsequently      Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 22,681.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 22,681.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 1,287.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,287.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 1,946.39 | 1,946.39 | 628.27 | 2,574.66 |
|   Acct: R156 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: R156 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 17,053.61 | 17,053.61 | 1,459.12 | 18,512.73 |
|   Acct: 3054 | | | | |
| | | | | 21,087.39 |
| **Priority** | | | | |
| CATHERINE T MARTIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JANICE KIDD | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NEIGHBORHOOD LEGAL SVCS ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| EILEEN YACKNIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| HOMEWOOD HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3054 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3054 | | | | |
| ***N O N E*** | | | | |
| **Unsecured** | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 1,282.46 | 17.61 | 0.00 | 17.61 |
|   Acct: 7178 | | | | |
| HIGHLAND PARK CARE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8432 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0490 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9672 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 92.73 | 1.27 | 0.00 | 1.27 |

22-21053 JAD

Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1962 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 20,956.63 | 287.73 | 0.00 | 287.73 |
| Acct: 3054 | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HOMEWOOD HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 306.61 |

TOTAL PAID TO CREDITORS                                                         21,394.00

TOTAL CLAIMED
PRIORITY            0.00
SECURED         19,000.00
UNSECURED       22,331.82

Date: 07/28/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JANICE KIDD

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:22-21053 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 22-21053-JAD

Janice Kidd                                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                          User: auto                                          Page 1 of 3

Date Rcvd: Jul 29, 2026                                Form ID: pdf900                              Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice Kidd, 7130 Frankstown Ave, #614, Pittsburgh, PA 15208-1448 |
| cr | + | Department of Labor and Industry, Office of UC Ben, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 15487306 | + | Attorney Stephanie Walczak, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15492006 | | Commonwealth Department of Labor, Dept. Labor & Ind. 914 Penn Avenue, 6th Floor, Pittsburgh, PA 15222 |
| 15503633 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15492008 | + | HOMEWOOD HOUSE, 7130 Frankstown Avenue, Pittsburgh, PA 15208-1466 |
| 15492007 | + | Highland Park Care Center, 745 North Highland Ave., Pittsburgh, PA 15206-2526 |
| 15492009 | + | Labor and Industry Building, Unemployment Com, 651 Boas Street, Tenth Floor, Harrisburg, PA 17121-0725 |
| 15492010 | + | Pittsburgh Water and Sewer Authority, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 15492011 | + | Shannon Barkley, 1200 Penn Avenue, Penn Liberty Plaza I, Pittsburgh, PA 15222-4207 |
| 16624371 | + | Wilmington Savings Fund Society ,et al, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 30 2026 00:41:00 | JPMorgan Chase Bank, National Association C/O Carr, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, UNITED STATES |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2026 00:47:16 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jul 30 2026 00:41:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | ^ | MEBN | Jul 30 2026 00:33:48 | US Bank Trust National Association, Not In Its Ind, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, 1581 Main Street, Suite 200, The Shops a, Warrington, PA 18976-3403 |
| cr | ^ | MEBN | Jul 30 2026 00:34:19 | Wilmington Savings Fund Society, FSB, as Owner Tru, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 16555489 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 30 2026 00:41:00 | JPMorgan Chase Bank, National Association, C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15489331 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2026 00:47:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0315-2 | User: auto | Page 2 of 3

Date Rcvd: Jul 29, 2026 | Form ID: pdf900 | Total Noticed: 21

| 15490029 | Email/Text: BankruptcyECFMail@mccalla.com | Jul 30 2026 00:42:00 | US Bank Trust National Association, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 15511097 | + Email/Text: ebnpwsa@grblaw.com | Jul 30 2026 00:41:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 15504500 | ^ MEBN | Jul 30 2026 00:33:55 | US Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, US Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15487307 | ##+ | US Bank Trust National Association, 888 7th Ave, 10th Floor, New York, NY 10106-1099 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Catherine T. Martin | on behalf of Debtor Janice Kidd martinc@nlsa.us |
| Daniel Philip Jones | on behalf of Defendant US BANK TRUST  NA, not in its Individual Capacity but solely as Owner Trustee for VRMTG Asset Trust, by its Servicer, FAY SERVICING LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor US Bank Trust National Association djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For |

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: Jul 29, 2026                       Form ID: pdf900                            Total Noticed: 21

                        VRMTG Asset Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

Eileen D. Yacknin
                on behalf of Debtor Janice Kidd yacknine@nlsa.us

Eileen D. Yacknin
                on behalf of Plaintiff Janice Kidd yacknine@nlsa.us

Heather Stacey Riloff
                on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust
                logsecf@logs.com

Jeffrey R. Hunt
                on behalf of Defendant Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
                on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Keri P. Ebeck
                on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
                VRMTG Asset Trust kebeck@metzlewis.com, btemple@metzlewis.com

Matthew Fissel
                on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
                VRMTG Asset Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew Fissel
                on behalf of Creditor US Bank Trust National Association bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Nicholas Marsilio, II
                on behalf of Creditor Department of Labor and Industry  Office of UC Benefits Policy nimarsilio@pa.gov

Nicholas Marsilio, II
                on behalf of Defendant Pennsylvania Office of Unemployment Compensation Benefits Policy  Department of Labor and Industry
                nimarsilio@pa.gov

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg
                on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
                VRMTG Asset Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 19