**Fill in this information to identify the case:**

Debtor 1    **JANICE KIDD**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Western District of Pennsylvania**

(State)

Case Number    **22-21053JAD**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   WILMINGTON SAVINGS FUND SOCIETY FSB OWNER

**Court claim no.**  (if known):
4

**Last 4 digits** of any number you use to identify the debtor's account:    3   0   5   4

**Property Address:**    7624 HAMILTON AVE
Number        Street

PITTSBURGH                                                PA    15208
City                                                           State   ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $           -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $           -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $           -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $           -0- |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☒ Other: Clarification: Paid in full.

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:          $          18,512.73

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $          -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour                                    Date    08/06/2026
   Signature

Trustee    Ronda J. Winnecour
           First Name          Middle Name          Last Name

Address    CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
           Number          Street

           PITTSBURGH                              PA      15219
           City                                    State   ZIP Code

Contact phone    (412) 471-5566          Email    cmecf@chapter13trusteewdpa.com

| Debtor 1 | **KIDD** | | | Case Number **22-21053JAD** | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

## History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 09/27/2022 | 1247387 | Interest | 473.70 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 10/25/2022 | 1250169 | Amounts Disbursed To Creditor | 192.20 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 10/25/2022 | 1250169 | Interest | 286.50 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 11/23/2022 | 1252978 | Amounts Disbursed To Creditor | 342.78 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 11/23/2022 | 1252978 | Interest | 126.06 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 12/22/2022 | 1255706 | Amounts Disbursed To Creditor | 343.92 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 12/22/2022 | 1255706 | Interest | 124.92 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 01/26/2023 | 1258430 | Amounts Disbursed To Creditor | 345.07 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 01/26/2023 | 1258430 | Interest | 123.77 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 02/23/2023 | 1260995 | Amounts Disbursed To Creditor | 346.22 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 02/23/2023 | 1260995 | Interest | 122.62 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 03/21/2023 | 0000000 | Reallocation Of Principal | 704.98 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 03/21/2023 | 0000000 | Reallocation Of Interest | -704.98 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 03/28/2023 | 1263808 | Amounts Disbursed To Creditor | 413.09 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 03/28/2023 | 1263808 | Interest | 55.75 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 04/25/2023 | 1266603 | Amounts Disbursed To Creditor | 414.47 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 04/25/2023 | 1266603 | Interest | 54.37 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 05/25/2023 | 1269485 | Amounts Disbursed To Creditor | 415.85 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 05/25/2023 | 1269485 | Interest | 52.99 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 06/14/2023 | 1260995 | Cancelled Check To Creditor/Principle | -346.22 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 06/14/2023 | 1260995 | Cancelled Check To Creditor/Interest | -122.62 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 08/25/2023 | 1277908 | Amounts Disbursed To Creditor | 1,677.37 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 08/25/2023 | 1277908 | Interest | 187.15 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 09/26/2023 | 1280613 | Amounts Disbursed To Creditor | 409.58 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 09/26/2023 | 1280613 | Interest | 40.68 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 10/25/2023 | 1283315 | Amounts Disbursed To Creditor | 410.95 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 10/25/2023 | 1283315 | Interest | 39.31 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 11/27/2023 | 1285999 | Amounts Disbursed To Creditor | 412.32 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 11/27/2023 | 1285999 | Interest | 37.94 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 12/21/2023 | 1288564 | Amounts Disbursed To Creditor | 413.69 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 12/21/2023 | 1288564 | Interest | 36.57 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 01/26/2024 | 1291287 | Amounts Disbursed To Creditor | 415.07 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 01/26/2024 | 1291287 | Interest | 35.19 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 02/26/2024 | 1293927 | Amounts Disbursed To Creditor | 370.49 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 02/26/2024 | 1293927 | Interest | 33.81 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 03/26/2024 | 1296588 | Amounts Disbursed To Creditor | 352.48 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 03/26/2024 | 1296588 | Interest | 32.57 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 04/25/2024 | 1299249 | Amounts Disbursed To Creditor | 353.65 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 04/25/2024 | 1299249 | Interest | 31.40 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 05/29/2024 | 1301971 | Amounts Disbursed To Creditor | 354.83 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 05/29/2024 | 1301971 | Interest | 30.22 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 06/25/2024 | 1304471 | Amounts Disbursed To Creditor | 356.01 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 06/25/2024 | 1304471 | Interest | 29.04 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 07/25/2024 | 1307093 | Amounts Disbursed To Creditor | 357.20 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 07/25/2024 | 1307093 | Interest | 27.85 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 08/26/2024 | 1309633 | Amounts Disbursed To Creditor | 358.39 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 08/26/2024 | 1309633 | Interest | 26.66 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 09/25/2024 | 1312236 | Amounts Disbursed To Creditor | 359.59 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 09/25/2024 | 1312236 | Interest | 25.46 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 10/25/2024 | 1314768 | Amounts Disbursed To Creditor | 360.78 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 10/25/2024 | 1314768 | Interest | 24.27 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 11/25/2024 | 1317346 | Amounts Disbursed To Creditor | 361.99 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 11/25/2024 | 1317346 | Interest | 23.06 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 12/23/2024 | 1319715 | Amounts Disbursed To Creditor | 363.19 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 12/23/2024 | 1319715 | Interest | 21.86 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 01/28/2025 | 1322230 | Amounts Disbursed To Creditor | 364.40 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 01/28/2025 | 1322230 | Interest | 20.65 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 02/25/2025 | 1324631 | Amounts Disbursed To Creditor | 365.62 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 02/25/2025 | 1324631 | Interest | 19.43 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 03/26/2025 | 1327174 | Amounts Disbursed To Creditor | 366.84 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 03/26/2025 | 1327174 | Interest | 18.21 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 04/25/2025 | 1329614 | Amounts Disbursed To Creditor | 368.06 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 04/25/2025 | 1329614 | Interest | 16.99 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 05/23/2025 | 1332007 | Amounts Disbursed To Creditor | 369.29 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 05/23/2025 | 1332007 | Interest | 15.76 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 06/25/2025 | 1334465 | Amounts Disbursed To Creditor | 370.52 |
| 4 | US BANK TRUST NA - TRUSTEE ET AL | 06/25/2025 | 1334465 | Interest | 14.53 |
| 4 | JPMORGAN CHASE BANK NA | 07/25/2025 | 1336082 | Amounts Disbursed To Creditor | 371.75 |
| 4 | JPMORGAN CHASE BANK NA | 07/25/2025 | 1336082 | Interest | 13.30 |
| 4 | JPMORGAN CHASE BANK NA | 08/26/2025 | 1338503 | Amounts Disbursed To Creditor | 372.99 |

| Debtor 1 | **KIDD** | | | Case Number **22-21053JAD** | | Page 2 |
|---|---|---|---|---|---|---|
| | Name | | | | | |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 4 | JPMORGAN CHASE BANK NA | 08/26/2025 | 1338503 | Interest | 12.06 |
| 4 | JPMORGAN CHASE BANK NA | 09/25/2025 | 1340910 | Amounts Disbursed To Creditor | 374.24 |
| 4 | JPMORGAN CHASE BANK NA | 09/25/2025 | 1340910 | Interest | 10.81 |
| 4 | JPMORGAN CHASE BANK NA | 10/24/2025 | 1343387 | Amounts Disbursed To Creditor | 375.48 |
| 4 | JPMORGAN CHASE BANK NA | 10/24/2025 | 1343387 | Interest | 9.57 |
| 4 | JPMORGAN CHASE BANK NA | 11/21/2025 | 1345690 | Amounts Disbursed To Creditor | 376.74 |
| 4 | JPMORGAN CHASE BANK NA | 11/21/2025 | 1345690 | Interest | 8.31 |
| 4 | JPMORGAN CHASE BANK NA | 12/23/2025 | 1348031 | Amounts Disbursed To Creditor | 377.99 |
| 4 | JPMORGAN CHASE BANK NA | 12/23/2025 | 1348031 | Interest | 7.06 |
| 4 | WILMINGTON SAVINGS FUND SOCIET | 01/27/2026 | 1351444 | Amounts Disbursed To Creditor | 379.25 |
| 4 | WILMINGTON SAVINGS FUND SOCIET | 01/27/2026 | 1351444 | Interest | 5.80 |
| 4 | WILMINGTON SAVINGS FUND SOCIET | 02/24/2026 | 1353801 | Amounts Disbursed To Creditor | 380.51 |
| 4 | WILMINGTON SAVINGS FUND SOCIET | 02/24/2026 | 1353801 | Interest | 4.54 |
| 4 | WILMINGTON SAVINGS FUND SOCIET | 03/25/2026 | 1356194 | Amounts Disbursed To Creditor | 381.78 |
| 4 | WILMINGTON SAVINGS FUND SOCIET | 03/25/2026 | 1356194 | Interest | 3.27 |
| 4 | WILMINGTON SAVINGS FUND SOCIET | 04/27/2026 | 1358599 | Amounts Disbursed To Creditor | 383.06 |
| 4 | WILMINGTON SAVINGS FUND SOCIET | 04/27/2026 | 1358599 | Interest | 1.99 |
| 4 | WILMINGTON SAVINGS FUND SOCIET | 05/27/2026 | 1361010 | Amounts Disbursed To Creditor | 215.15 |
| 4 | WILMINGTON SAVINGS FUND SOCIET | 05/27/2026 | 1361010 | Interest | 0.72 |
| | | | | Total for Claim Number 4: | 18,512.73 |

**Total for Part 4 - a (Postpetition Payments):** **18,512.73**

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

JANICE KIDD
7130 FRANKSTOWN AVE, #614
PITTSBURGH, PA  15208

CATHERINE T MARTIN ESQ
NLSA
928 PENN AVE
PITTSBURGH, PA  15222

AMIP MANAGEMENT
3020 OLD RANCH PKWY STE 180
SEAL BEACH, CA  90740

LOGS LEGAL GROUP LLP
985 OLD EAGLE SCHOOL RD STE 514
WAYNE, PA  19087

WILMINGTON SAVINGS FUND SOCIETY FSB
OWNER TRUSTEE OF RES CREDIT
OPPORTUNITIES ET AL
C/O FCI LENDERS SERVICES
PO BOX 27370
ANAHEIM, CA  92809


Dated: 08/06/2026

/s/ Roberta Saunier
_____
Administrative Assistant
Office of the Chapter 13 Trustee