**Fill in this information to identify the case:**

Debtor 1 JANICE KIDD

Debtor 2 ______________________
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN District of PENNSYLVANIA
(State)

Case number 22-21053-JAD

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST IX-B

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: ______________

**Property address:**

7624 Hamilton Ave
Number Street

______________________

Pittsburgh, PA 15208
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this notice: $ ______________.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this notice: $ ______________.

## Part 3: Postpetition Payments

(a) *Check all that apply:*

X The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

❑ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ____.

❑ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i. Date last payment was received on the mortgage: 7/21/2026 (unsecured payment)

ii. Date next postpetition payment from the debtor is due: n/a loan paid in full

iii. Amount of the next postpetition payment that is due: $0.00

iv. Unpaid principal balance of the loan: $0.00

v. Additional amounts due for any deferred or accrued interest: $0.00

vi. Balance of the escrow account: $0.00

vii. Balance of unapplied funds or funds held in a suspense account: $0.00

viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $0.00

## Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Christopher A DeNardo Date 9/3/2026
Signature

Name Christopher A DeNardo Title Attorney for the Creditor
First name Middle name Last name

Company Diaz Anselmo & Associates, LLC

Address PO BOX 19519
Number Street

Fort Lauderdale, FL 33318
City State Zip Code

Contacted phone (954) 564-071 Email: cdenardo@dallegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, September 3, 2026, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

CATHERINE T. MARTIN
NEIGHBORHOOD LEGAL SERVICES ASSOC.
928 PENN AVENUE
PITTSBURGH, PA 15222

*Attorney for Debtor(s)*

RHONDA J WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

*Trustee*

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222

*U.S. Trustee*

And by regular U.S. Mail, postage pre-paid on:

JANICE KIDD
7130 FRANKSTOWN AVE, #614
PITTSBURGH, PA 15208
*Debtor(s)*

By: /s/ Chrostopher A. DeNardo
Christopher A DeNardo
Bar No. 78447
cdenardo@dallegal.com

Statement Date: 09/02/2026

**FCI Lender Services, Inc.**

**Toll Free : (800) 931-2424 Hrs : Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)**

**PO BOX 27370 Anaheim CA 92809-0112 NMLS [redacted]**

# Demand Loan Payoff

**Borrower**

Janice Kidd
C/O Neighborhood Legal Services Association
928 Penn Ave
Pittsburgh, PA 15222
Account: [redacted]

**Servicer**

FCI Lender Services, Inc.
8180 E Kaiser Blvd,
Anaheim, CA 92808-2277
800-931-2424

**This Demand Issued by FCI as Loan Servicer hereby Voids All prior Demands In Any Form and Requires the Receiver of this Demand to Call Prior to Payoff to Verify Funds, as Payoff Amounts May Change.**

| | |
|---|---|
| **Estimated Payoff Date** | **9/2/2026** |
| Loan Maturity Date | 12/1/2056 |
| Interest Paid to Date | 1/1/2025 |
| Next Payment Due Date | 2/1/2025 |
| Unpaid Principal Balance of Loan | $0.00 |
| Deferred Unpaid Principal Due | $0.00 |
| Note Interest Rate From Interest Paid To Date | 0.0000 % |
| Current Note Interest Rate (May include Default Interest Rate) | 0.0000 % |
| Note Rate Interest Due from 1/1/2025 to 9/2/2026 | $0.00 |
| Default Rate Interest Due from 1/1/2025 to 9/2/2026 (@ 0.0000%) | $0.00 |
| Accrued/Unpaid Interest Due (May include Unpaid Default Interest) | $0.00 |
| Deferred Unpaid Interest Due | $0.00 |
| Unpaid Loan Fees | $0.00 |
| Other Payments | $0.00 |
| Late Fees Due from Paid-to-Date | $0.00 |
| Late Fees Unpaid/Due from Previous Payments | $0.00 |
| Late Fees Unpaid/Due & Deferred from Previous Servicer | $0.00 |
| Unpaid Loan Charges or Advances | $0.00 |
| Estimated Payoff Charges from Servicer | $0.00 |
| Suspense Balance | $0.00 |
| Escrow Balance | $0.00 |
| Restricted Funds | $0.00 |
| **Estimated Amount to Fully Pay Off this Loan:** | **$0.00** |
| Daily Interest Amount if Paying After: 9/2/2026 | $0.00 |

**PLEASE BE ADVISED THAT THIS DEMAND IS ACCURATE AS OF ISSUANCE DATE BUT IT IS SUBJECT TO CHANGE. Additional interest, late charges, fees, and costs may be incurred by the Borrower between the Statement Date and the Payoff Date. ACCORDINGLY, PLEASE CALL (800) 931-2424 ext. 651 TO VERIFY THE PAYOFF AMOUNT PRIOR TO ISSUING PAYMENT. As required by state law, upon receipt of payment in FULL, FCI will process the release of lien, unless directed otherwise by lender.**

**(1) Only Certified Funds or Wire Transfer will be accepted for Immediate Payoff.**
**(2) Please make your disbursement payable to: FCI Lender Services, Inc.**
**(3) We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff.**
**(4) PLEASE NOTE THIS DEMAND EXPIRES AND BECOMES NULL AND VOID ON 09/02/2026, as follows: (A) for Payment by Wire, at 2:00 p.m. PT; and (B) for Payment by Certified Funds, at 5:00 p.m. PT.**
**(5) THE DEMAND FEE IS DUE EVEN IF YOUR TRANSACTION IS CANCELLED.**
**(6) FCI does not process UCC filings. Please contact the broker or lender for handling.**

Sincerely,

*Fabian Robledo*

Fabian Robledo
FCI Lender Services, Inc.
800-931-2424 x 651
Fax: 714-282-2429

| Itemization of Other Fees<br>Actual Charge Subject to County Recorder's Office | | |
|---|---|---|
| **Description** | **Destination** | **Amount** |
| Payoff Demand Fee | | $30.00 |
| Published Recording Fees - 2 Documents | | $363.50 |
| Reconveyance - 2 Documents | | $130.00 |
| | | $523.50 |

| Property List |
|---|
| 7624 Hamilton Ave, Pittsburgh PA 15208 |

**IMPORTANT DISCLOSURES**

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. If you have any questions or concerns, please call our Customer Service Department during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**ALL CONSUMERS: NOTICES OF ERROR AND REQUESTS FOR INFORMATION:** If you believe that there is an error in your account and you would like to submit a notice of error to FCI to resolve the error (Notice of Error); and/or, if you want to submit to FCI a request for documentation or information regarding your mortgage loan account (Information Request), **you must mail your Notice of Error and/or Information Request to the following exclusive address: FCI Lender Services, Inc. - Attn: Consumer Requests, P.O. Box 28960, Anaheim, CA 92809.** We do not accept a Notice of Error or Information Request sent to any other address or submitted to FCI by telephone, fax, or in any other manner, although you can call us if you have any questions about the Notice of Error and/or Information Request process. Your Notice of Error and/or Information Request should include the name of the borrower(s), the mortgage loan account number, and a description of the asserted error and/or the specific information and documentation requested.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s agent in Colorado is located at 1776 S. Jackson Street #900, Denver, CO 80210-3808; PH: (720) 441-0010 option #1.

**MASSACHUSETTS CONSUMERS ONLY: NOTICE OF IMPORTANT RIGHTS**
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). You may file complaints and obtain further information about FCI by contacting the New York State Department of Financial Services Consumer Assistance Unit at 1-800-342-3736 or by visiting the department's website at www.dfs.ny.gov.

**OREGON CONSUMERS ONLY:** Oregon Rule #441-890-0070 - Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 800-931-2424 ext. 651 or send an email to customerservice@myfci.com. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

**PENNSYLVANIA CONSUMERS ONLY:** The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MARYLAND HOMEOWNERS ONLY:** The Maryland Homeowner Assistance Fund (HAF) ended September 18, 2023. Applications are no longer being accepted as the funding has been completely allocated to homeowners and the federal funding for this program has ended. If you have questions about an existing application, please call 1-877-462-7555 or login to the application portal. For questions about the terms of the HAF mortgage, mortgage lien releases, payoff quotes, etc., please call 1-877-462-7555 or email HAFServicing.dhcd@Maryland.gov.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.**

**IF YOU ARE NOT IN BANKRUPTCY OR DSCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**