IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Janice Kidd

Chapter 13
Case No. 22-21053 JAD

Debtor

Janice Kidd, Movant

Vs.

No Respondents

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 18, 2026, at docket number 105, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: 9/19/26

By: s/Catherine T. Martin
Signature

Catherine T. Martin
Attorney for Debtor

NLS, 928 Penn Avenue
Pittsburgh PA 15222

martinc@nlsa.us

412-586-6118

PA Bar ID # 29049