**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Janice Kidd<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7178 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 22–21053–JAD | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Janice Kidd

9/24/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-21053-JAD

Janice Kidd Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3

Date Rcvd: Sep 24, 2026 Form ID: 3180W Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice Kidd, 7130 Frankstown Ave, #614, Pittsburgh, PA 15208-1448 |
| cr | + | Department of Labor and Industry, Office of UC Ben, 651 Boas Street, Harrisburg, PA 17121-0725 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER OF, P.O. BOX 19519, Fort Lauderdale, FL 33318, UNITED STATES 33318-0519 |
| 15487306 | + | Attorney Stephanie Walczak, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15492006 | | Commonwealth Department of Labor, Dept. Labor & Ind. 914 Penn Avenue, 6th Floor, Pittsburgh, PA 15222 |
| 15503633 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15492008 | + | HOMEWOOD HOUSE, 7130 Frankstown Avenue, Pittsburgh, PA 15208-1466 |
| 15492007 | + | Highland Park Care Center, 745 North Highland Ave., Pittsburgh, PA 15206-2526 |
| 15492009 | + | Labor and Industry Building, Unemployment Com, 651 Boas Street, Tenth Floor, Harrisburg, PA 17121-0725 |
| 15492010 | + | Pittsburgh Water and Sewer Authority, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 15492011 | + | Shannon Barkley, 1200 Penn Avenue, Penn Liberty Plaza I, Pittsburgh, PA 15222-4207 |
| 16624371 | + | Wilmington Savings Fund Society ,et al, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 25 2026 05:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 25 2026 05:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 25 2026 01:32:00 | JPMorgan Chase Bank, National Association C/O Carr, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, UNITED STATES |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 01:36:53 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Sep 25 2026 01:32:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | ^ | MEBN | Sep 25 2026 01:28:51 | US Bank Trust National Association, Not In Its Ind, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, 1581 Main Street, Suite 200, The Shops a, Warrington, PA 18976-3403 |

| | | | | |
|---|---|---|---|---|
| cr | ^ | MEBN | Sep 25 2026 01:28:55 | Wilmington Savings Fund Society, FSB, as Owner Tru, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 16555489 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 25 2026 01:32:00 | JPMorgan Chase Bank, National Association, C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15489331 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 01:36:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15490029 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 25 2026 01:32:00 | US Bank Trust National Association, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 15511097 | + | Email/Text: ebnpwsa@grblaw.com | Sep 25 2026 01:32:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 15504500 | ^ | MEBN | Sep 25 2026 01:28:35 | US Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, US Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15487307 | ##+ | US Bank Trust National Association, 888 7th Ave, 10th Floor, New York, NY 10106-1099 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Catherine T. Martin | on behalf of Debtor Janice Kidd martinc@nlsa.us |
| Christopher A. DeNardo | |

| | |
|---|---|
| | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS OWNER OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST IX-B bkecfnotifications@dallegal.com |
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor US Bank Trust National Association djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Defendant US BANK TRUST NA, not in its Individual Capacity but solely as Owner Trustee for VRMTG Asset Trust, by its Servicer, FAY SERVICING LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Eileen D. Yacknin | on behalf of Debtor Janice Kidd yacknine@nlsa.us |
| Eileen D. Yacknin | on behalf of Plaintiff Janice Kidd yacknine@nlsa.us |
| Heather Stacey Riloff | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust logsecf@logs.com |
| Jeffrey R. Hunt | on behalf of Defendant Pittsburgh Water and Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust kebeck@metzlewis.com, btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor US Bank Trust National Association bkgroup@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| Nicholas Marsilio, II | on behalf of Creditor Department of Labor and Industry Office of UC Benefits Policy nimarsilio@pa.gov |
| Nicholas Marsilio, II | on behalf of Defendant Pennsylvania Office of Unemployment Compensation Benefits Policy Department of Labor and Industry nimarsilio@pa.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 20