IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
JANICE KIDD

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:22-21053-JAD

Chapter 13

Related to Doc No.: 99

ORDER OF COURT

AND NOW, this 23rd day of September, 2026, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminat and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

sjk
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
9/23/26 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Janice Kidd
Debtor

Case No. 22-21053-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Sep 24, 2026 Form ID: pdf900 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice Kidd, 7130 Frankstown Ave, #614, Pittsburgh, PA 15208-1448 |
| cr | + | Department of Labor and Industry, Office of UC Ben, 651 Boas Street, Harrisburg, PA 17121-0725 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER OF, P.O. BOX 19519, Fort Lauderdale, FL 33318, UNITED STATES 33318-0519 |
| 15487306 | + | Attorney Stephanie Walczak, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15492006 | | Commonwealth Department of Labor, Dept. Labor & Ind. 914 Penn Avenue, 6th Floor, Pittsburgh, PA 15222 |
| 15503633 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15492008 | + | HOMEWOOD HOUSE, 7130 Frankstown Avenue, Pittsburgh, PA 15208-1466 |
| 15492007 | + | Highland Park Care Center, 745 North Highland Ave., Pittsburgh, PA 15206-2526 |
| 15492009 | + | Labor and Industry Building, Unemployment Com, 651 Boas Street, Tenth Floor, Harrisburg, PA 17121-0725 |
| 15492010 | + | Pittsburgh Water and Sewer Authority, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 15492011 | + | Shannon Barkley, 1200 Penn Avenue, Penn Liberty Plaza I, Pittsburgh, PA 15222-4207 |
| 16624371 | + | Wilmington Savings Fund Society ,et al, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 25 2026 01:32:00 | JPMorgan Chase Bank, National Association C/O Carr, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, UNITED STATES |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 01:36:50 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Sep 25 2026 01:32:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | ^ | MEBN | Sep 25 2026 01:28:50 | US Bank Trust National Association, Not In Its Ind, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, 1581 Main Street, Suite 200, The Shops a, Warrington, PA 18976-3403 |
| cr | ^ | MEBN | Sep 25 2026 01:28:57 | Wilmington Savings Fund Society, FSB, as Owner Tru, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 16555489 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 25 2026 01:32:00 | JPMorgan Chase Bank, National Association, C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15489331 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 25 2026 01:36:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15490029 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 25 2026 01:32:00 | US Bank Trust National Association, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 15511097 | + | Email/Text: ebnpwsa@grblaw.com | Sep 25 2026 01:32:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 15504500 | ^ | MEBN | Sep 25 2026 01:28:37 | US Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, US Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15487307 | ##+ | US Bank Trust National Association, 888 7th Ave, 10th Floor, New York, NY 10106-1099 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Catherine T. Martin | on behalf of Debtor Janice Kidd martinc@nlsa.us |
| Christopher A. DeNardo | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS OWNER OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST IX-B bkecfnotifications@dallegal.com |
| Daniel Philip Jones | on behalf of Creditor US Bank Trust National Association djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Defendant US BANK TRUST NA, not in its Individual Capacity but solely as Owner Trustee for VRMTG Asset Trust, by its Servicer, FAY SERVICING LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |

| | |
|---|---|
| Daniel Philip Jones | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Eileen D. Yacknin | on behalf of Plaintiff Janice Kidd yacknine@nlsa.us |
| Eileen D. Yacknin | on behalf of Debtor Janice Kidd yacknine@nlsa.us |
| Heather Stacey Riloff | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust logsecf@logs.com |
| Jeffrey R. Hunt | on behalf of Defendant Pittsburgh Water and Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust kebeck@metzlewis.com, btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor US Bank Trust National Association bkgroup@kmllawgroup.com |
| Nicholas Marsilio, II | on behalf of Creditor Department of Labor and Industry Office of UC Benefits Policy nimarsilio@pa.gov |
| Nicholas Marsilio, II | on behalf of Defendant Pennsylvania Office of Unemployment Compensation Benefits Policy Department of Labor and Industry nimarsilio@pa.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 20